BRUCE A. WAGMAN (CSB No. 159987)
bwagman@rshc-law.com
RILEY SAFER HOLMES & CANCILA LLP
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone:   (415) 275-8550
Facsimile:    (415) 275-8551
*Attorney for Proposed Defendant-Intervenors Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., Animal Outlook*

REBECCA CARY (CSB NO. 268519)
rcary@humaneworld.org
HUMANE WORLD FOR ANIMALS
1255 23rd St., NW, Suite 450
Washington, D.C. 20037
Telephone:   (202) 676-2330
Facsimile:    (202) 676-2357
*Attorneys for Proposed Defendant-Intervenors Humane World for Animals*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his Official Capacity as Governor of California; KAREN ROSS, in her Official Capacity as Secretary of the California Department of Food & Agriculture; ERICA PAN, in her Official Capacity as Director of the California Department of Public Health; and ROB BONTA, in his Official Capacity as Attorney General of California,<br><br>　　　　　Defendants. | Case No. 2:25-cv-06230-MCS-AGR<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION TO INTERVENE**<br><br>The Honorable Mark C. Scarsi<br><br>Date: August 25, 2025<br>Time: 9:00 a.m.<br>Location: First Street Courthouse, 350 W. 1st Street, Courtroom 7C, 7th Floor, Los Angeles, California 90012<br>Trial Date: None<br>Action Filed: July 9, 2025 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,**

**PLEASE TAKE NOTICE** that at 9:00 a.m. on August 25, 2025, or as soon as the Court desires to hear this matter, in Courtroom 7C of the First Street Courthouse, 350 W. 1st Street, 7th Floor, Los Angeles, California 90012, Proposed Defendant-Intervenors Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., and Animal Outlook (collectively "Proposed Defendant-Intervenors") hereby move this Court to allow their intervention in the above entitled action under Rule 24 of the Federal Rules of Civil Procedure.

Proposed Defendant-Intervenors are nonprofit organizations that crafted, sponsored, supported, and were instrumental in helping pass the laws challenged by Plaintiff and are dedicated to preventing farm animal cruelty, and to upholding and protecting Proposition 12 and AB 1437. Proposed Defendant-Intervenors have also been granted intervention status in several other cases challenging these exact same laws. Proposed Defendant-Intervenors seek to intervene as defendant-intervenors and to submit the Proposed Answer (Ex. 1). In the interest of judicial economy, Proposed Defendant-Intervenors propose that they be subject to the same briefing schedule as the state Defendants in this case, with respect to any dispositive motions that may be filed.

Proposed Defendant-Intervenors are entitled to intervention as of right pursuant to Rule 24(a) of the Federal Rules of Civil Procedure because (1) their application to intervene is timely, (2) they have interests relating to the subject matter of this action, (3) they are so situated that the disposition of this action may, as a practical matter, impede their ability to protect their interests, and (4) their interests are not adequately represented by the Defendants.

Alternatively, Proposed Defendant-Intervenors are entitled to permissive intervention pursuant to Rule 24(b) of the Federal Rules of Civil Procedure because (1) this Court has an independent ground for jurisdiction over Proposed Defendant-


Intervenors' defenses based on the federal questions raised in the Plaintiff's complaint, (2) this application to intervene is timely, (3) the defenses Proposed Defendant-Intervenors seek to assert have questions of law or fact in common with the present action, and (4) allowing Proposed Defendant-Intervenors to intervene at this early stage of proceedings will not unduly delay or prejudice this Court's adjudication of the original parties' rights, especially since they propose to be subject to the same briefing schedule as Defendants.

Defendants have indicated that they do not oppose Defendant-Intervenors' motion to intervene. In response to Proposed Defendant-Intervenors' inquiry, counsel for Plaintiff indicated that Plaintiff takes no position on this motion.

This Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, supporting declarations with attachments, all pleadings, records and papers filed in this action, such matters as the Court may judicially notice, and such further evidence or argument as may be presented at or before the hearing of this motion.

Dated: July 28, 2025

RILEY SAFER HOLMES & CANCILA LLP

By: */s/ Bruce A. Wagman*
Bruce A. Wagman (CSB No. 159987)
bwagman@rshc-law.com

*Counsel for Proposed Defendant-Intervenors*