BRUCE A. WAGMAN (CSB No. 159987)
bwagman@rshc-law.com
RILEY SAFER HOLMES & CANCILA LLP
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 275-8550
Facsimile: (415) 275-8551
*Attorney for Proposed Defendant-Intervenors Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., Animal Outlook*

REBECCA CARY (CSB NO. 268519)
rcary@humaneworld.org
HUMANE WORLD FOR ANIMALS
1255 23rd St., NW, Suite 450
Washington, D.C. 20037
Telephone: (202) 676-2330
Facsimile: (202) 676-2357
*Attorneys for Proposed Defendant-Intervenors Humane World for Animals*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his Official Capacity as Governor of California; KAREN ROSS, in her Official Capacity as Secretary of the California Department of Food & Agriculture; ERICA PAN, in her Official Capacity as Director of the California Department of Public Health; and ROB BONTA, in his Official Capacity as Attorney General of California, <br><br> Defendants. | Case No. 2:25-cv-06230-MCS-AGR <br><br> **DECLARATION OF CHRIS HOLBEIN IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE** <br><br> The Honorable Mark C. Scarsi <br><br> Date: August 25, 2025 <br> Time: 9:00 a.m. <br> Location: First Street Courthouse, 350 W. 1st Street, Courtroom 7C, 7th Floor, Los Angeles, California 90012 <br> Trial Date: None <br> Action Filed: July 9, 2025 |

- 1 -

DECLARATION OF CHRIS HOLBEIN IN SUPPORT OF PROPOSED
DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE

# DECLARATION OF CHRIS HOLBEIN IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' MOTION TO INTERVENE

I, Chris Holbein, declare as follows:

1. I am the Director of Public Policy, Farm Animal Protection, for Humane World for Animals ("Humane World"). I have personal knowledge of the following or knowledge based upon relevant public records and information, and if called to testify, I could and would competently testify to the facts herein.

2. Humane World is a nonprofit animal protection organization headquartered in Washington, D.C., with millions of members and supporters, including almost two million members and constituents in California. Until February 2025, Humane World was known as The Humane Society of the United States ("HSUS"). While the activities described in this declaration all took place while the organization was still named the HSUS, for consistency's sake and to reflect the current name of the organization, I will use Humane World throughout.

3. Humane World's mission is to reduce animal suffering and create meaningful societal change by actively advocating against animal cruelty, working to enforce existing laws, petitioning and commenting on rulemakings before agencies like the U.S. Department of Agriculture, promoting sensible public polices, and educating the public about animal issues. As part of its mission, Humane World actively advocates against inhumane practices that harm farm animals, including veal calves, breeding pigs, and egg-laying hens. Humane World's Farm Animal Protection campaign works to inform its members and the public about the threats caused by such practices.

4. Humane World staff and its members have expended tens of thousands of hours across the United States working to further legal protections against inhumane practices that harm farm animals, including in California. In furtherance of these interests, Humane World drafted and refined the language in 2007 and 2008 that eventually became California's Proposition 2, which provided for more

humane treatment of farm animals in California, including egg-laying hens. Humane World provided substantial financial contributions and active campaigning towards the passage of Proposition 2, with Humane World's reported financial contributions in support of Proposition 2 exceeding $10 million.

5. Humane World was also one of the primary supporters of Assembly Bill 1437 ("AB 1437"). Humane World staff and its members actively campaigned for the bill's passage, to ensure that all California egg sellers would only sell more humanely produced shell eggs. Humane World worked with Assemblyman Jared Huffman to advance the bill; lobbied legislators; testified at bill hearings; urged editorial boards to support the bill; submitted comments in support; and reached out to its members and media to generate support. Humane World's staff and members spent hundreds of hours in furtherance of AB 1437's eventual passage, and also spent significant time in working with other stakeholders on subsequent amendments to AB 1437 in 2013 (SB 667). Humane World also intervened in a case challenging AB 1437 to defend its constitutionality.[1]

6. Following passage of Proposition 2 and AB 1437, Humane World was then the author and one of the primary supporters of Proposition 12, which further advanced protections for humane-conscious consumers and farm animals, including egg-laying hens. Humane World invested substantial organizational resources in drafting the proposition, collecting ballot initiative signatures, mobilizing support for its passages, defending the law as a Defendant-Intervenor in several federal court challenges (one of which reached the Supreme Court),[2] and participating in the comment periods for the state regulatory process related to Proposition 12. For example, significant legal resources were expended to ensure the consistency of the

---

[1] *Missouri v. Harris*, No. 2:14-cv-00341, Dkt. 55 (E.D. Cal. May 22, 2014) (granting intervention).
[2] *North Am. Meat Inst. v. Becerra*, No. 2:19-cv-08569 (C.D. Cal. Oct. 4, 2019); *Iowa Pork Producers Ass'n v. Bonta,* No. 2:21-CV-09940 (C.D. Cal. Dec. 16, 2021); *Nat'l Pork Producers Council v. Ross*, Case No. 3:19-cv-02324 (S.D. Cal. Dec. 5, 2019) (lower court decision in favor of Defendants affirmed in *Nat'l Pork Producers Council v. Ross,* 598 U.S. 356 (2023)).

Proposition 12 with federal law, such as the division of state and federal authority over the humane treatment of farm animals. The reported financial contributions by Humane World in support of passage of Proposition 12 alone exceeded $2 million.

7. Invalidation of Proposition 12, or AB 1437, would impede Humane World's efforts to support state laws in California and elsewhere banning the sale of other cruelly produced products, including shark fins, foie gras, fur, ivory and horse meat. Humane World has repeatedly advocated for and defended such state laws in public campaigns and courts.

8. With Proposition 12 secured, Humane World resources are freed up to use to address other important issues and on other forms of advocacy. These resources would otherwise need to be diverted back to farm animal confinement issues in California should Proposition 12 be struck down.

9. If the Court enjoins Proposition 12 and its predecessor, AB 1437, Humane World's extensive advocacy, legal, staffing, and monetary commitments to the passage and preservation of Proposition 12 would be nullified. Humane World has acted as both an architect and strong proponent of Proposition 12 and other initiatives against inhumane practices that harm farm animals and other animals. A loss of Proposition 12 for California would require Humane World to expend considerable financial and human resources developing and promoting substitute legislation or administrative action at the local, state and/or federal levels to address these concerns about the inhumane practices regarding egg laying hens (and potentially also veal calves and breeding pigs). These efforts would involve, but not be limited to, reengaging in the investigative work that Humane World has previously done to expose and address cruel confinement practices and reactivating grassroots engagement of our members and supporters. Humane World thus has direct and substantial interests in the outcome of this litigation.

DECLARATION OF CHRIS HOLBEIN IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th of July, 2025, in Pittsboro, North Carolina.

_____
Chris Holbein

- 5 -

DECLARATION OF CHRIS HOLBEIN IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE