BRUCE A. WAGMAN (CSB No. 159987)
bwagman@rshc-law.com
RILEY SAFER HOLMES & CANCILA LLP
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone:   (415) 275-8550
Facsimile:    (415) 275-8551
*Attorney for Proposed Defendant-Intervenors Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., Animal Outlook*

REBECCA CARY (CSB NO. 268519)
rcary@humaneworld.org
HUMANE WORLD FOR ANIMALS
1255 23rd St., NW, Suite 450
Washington, D.C. 20037
Telephone:   (202) 676-2330
Facsimile:    (202) 676-2357
*Attorneys for Proposed Defendant-Intervenors Humane World for Animals*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>         v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his Official Capacity as Governor of California; KAREN ROSS, in her Official Capacity as Secretary of the California Department of Food & Agriculture; ERICA PAN, in her Official Capacity as Director of the California Department of Public Health; and ROB BONTA, in his Official Capacity as Attorney General of California,<br><br>                      Defendants. | Case No. 2:25-cv-06230-MCS-AGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE**<br><br>The Honorable Mark C. Scarsi<br><br>Date: August 25, 2025<br>Time: 9:00 a.m.<br>Location: First Street Courthouse, 350 W. 1st Street, Courtroom 7C, 7th Floor, Los Angeles, California 90012<br>Trial Date: None<br>Action Filed: July 9, 2025 |

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENORS'
UNOPPOSED MOTION TO INTERVENE

# ORDER GRANTING PROPOSED DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE

Before this Court is the motion for leave to intervene as Defendants by Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., and Animal Outlook (collectively "Proposed Defendant-Intervenors"). Having considered the papers submitted, and good cause appearing thereof, it is hereby ORDERED that:

Proposed Defendant-Intervenors' motion for leave to intervene is GRANTED. Defendant-Intervenors' lodged Answer (Ex. 1 to Proposed Defendant-Intervenors' Motion to Intervene) is deemed filed as of the date of this order.

**IT IS SO ORDERED**

Dated: _____ 2025            By:_____
                                  Hon. Mark C. Scarsi
                                  Judge of the District Court