BRUCE A. WAGMAN (CSB No. 159987)
bwagman@rshc-law.com
RILEY SAFER HOLMES & CANCILA LLP
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone:  (415) 275-8550
Facsimile:  (415) 275-8551
*Attorney for Proposed Defendant-Intervenors Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., Animal Outlook*

REBECCA CARY (CSB NO. 268519)
rcary@humaneworld.org
HUMANE WORLD FOR ANIMALS
1255 23rd St., NW, Suite 450
Washington, D.C. 20037
Telephone:  (202) 676-2330
Facsimile:  (202) 676-2357
*Attorneys for Proposed Defendant-Intervenors Humane World for Animals*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his Official Capacity as Governor of California; KAREN ROSS, in her Official Capacity as Secretary of the California Department of Food & Agriculture; ERICA PAN, in her Official Capacity as Director of the California Department of Public Health; and ROB BONTA, in his Official Capacity as Attorney General of California,<br><br>Defendants. | Case No. 2:25-cv-06230-MCS-AGR<br><br>**DECLARATION OF SHARON NÚÑEZ IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE**<br><br>The Honorable Mark C. Scarsi<br><br>Date: August 25, 2025<br>Time: 9:00 a.m.<br>Location: First Street Courthouse, 350 W. 1st Street, Courtroom 7C, 7th Floor, Los Angeles, California 90012<br>Trial Date: None<br>Action Filed: July 9, 2025 |

- 1 -

DECLARATION OF SHARON NÚÑEZ IN SUPPORT OF PROPOSED
DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE

## DECLARATION OF SHARON NÚÑEZ IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE

I, Sharon Núñez, declare as follows:

1. I am the President of Animal Equality. I have personal knowledge of the facts set forth in this declaration. These facts are true to the best of my knowledge and understanding. If called to testify on these facts, I would do so in a manner consistent with the information presented herein.

2. Animal Equality is an international nonprofit animal protection organization with its U.S. headquarters in Los Angeles. It has over 220,500 supporters nationwide, roughly 29,590 of whom reside in California.

3. Animal Equality's mission is to end cruelty to farmed animals. Through use of petitions, social media, films, newsletters, undercover investigations, email alerts, and legal advocacy, Animal Equality mobilizes its volunteers and supporters to manifest a world in which all animals are respected and protected.

4. Given the sheer number of animals raised for food—over 55 billion[1] per year in the United States alone—Animal Equality pursues that vision with a particular eye toward farmed animal protection. Specifically, Animal Equality expends significant resources to educate consumers about the inhumane treatment of animals inside industrial agriculture operations and to urge governments and corporations to implement meaningful protections for these animals—particularly in regard to the conditions in which they are confined.

5. Recognizing that cruel conditions of confinement are especially widespread in the egg, pork, and veal industries, Animal Equality has dedicated special attention to legal and political reform in these sectors.

6. To that end, Animal Equality became part of a coalition of

---

[1] Not including aquatic animals.

DECLARATION OF SHARON NÚÑEZ IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE

1 organizations that played a significant role in the success of California Proposition 12 (the "Prevent Cruelty California" campaign). For its part, Animal Equality contributed substantial resources to promoting the measure and gathering more than 600,000 signatures from registered California voters.

7. By the close of the campaign, Animal Equality's reported financial expenditures in support of Proposition 12's passage exceeded $65,000.

8. In addition to seeing a return on the financial resources it committed to Proposition 12's success (in the form of tangible benefits for farmed animals), Animal Equality maintains a significant interest in ensuring the law remains in effect and enforced. Since Proposition 12's passage, the organization has dedicated significant staff time to ensuring corporate compliance with the law's sales provisions. For instance, Animal Equality has reached out to affected producers and retailers to educate these companies about Proposition 12's restrictions and offer to assist them to come into compliance. Animal Equality also intervened in several federal court challenges to defend the law, one of which reached the Supreme Court,[2] and participated in the regulatory comment process. If Proposition 12 is struck down, the resources Animal Equality has expended to ensure its success, and the goodwill it has garnered with affected industry players in partnership toward that goal, will be nullified, and Animal Equality would need to expend additional resources promoting substitute protections.

---

[2] *North Am. Meat Inst. v. Becerra*, No. 2:19-cv-08569 (C.D. Cal. Oct. 4, 2019); *Iowa Pork Producers Ass'n v. Bonta,* No. 2:21-CV-09940 (C.D. Cal. Dec. 16, 2021); *Nat'l Pork Producers Council v. Ross*, Case No. 3:19-cv-02324 (S.D. Cal. Dec. 5, 2019) (lower court decision in favor of Defendants affirmed in *Nat'l Pork Producers Council v. Ross,* 598 U.S. 356 (2023)).

- 3 -

DECLARATION OF SHARON NÚÑEZ IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE

1   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the
2   foregoing is true and correct, based on my own personal knowledge and
3   understanding, and, as to those matters, I believe them to be true.
4   Executed this 24th day of July, 2025, in Philadelphia, Pennsylvania.

_____
Sharon Núñez

- 4 -

DECLARATION OF SHARON NÚÑEZ IN SUPPORT OF PROPOSED
DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE