BRUCE A. WAGMAN (CSB No. 159987)
bwagman@rshc-law.com
RILEY SAFER HOLMES & CANCILA LLP
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 275-8550
Facsimile: (415) 275-8551
*Attorney for Proposed Defendant-Intervenors Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., Animal Outlook*

REBECCA CARY (CSB NO. 268519)
rcary@humaneworld.org
HUMANE WORLD FOR ANIMALS
1255 23rd St., NW, Suite 450
Washington, D.C. 20037
Telephone: (202) 676-2330
Facsimile: (202) 676-2357
*Attorneys for Proposed Defendant-Intervenors Humane World for Animals*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cv-06230-MCS-AGR |
| Plaintiff, | **DECLARATION OF BENJAMIN WILLIAMSON IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE** |
| v. | |
| THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his Official Capacity as Governor of California; KAREN ROSS, in her Official Capacity as Secretary of the California Department of Food & Agriculture; ERICA PAN, in her Official Capacity as Director of the California Department of Public Health; and ROB BONTA, in his Official Capacity as Attorney General of California, | The Honorable Mark C. Scarsi<br><br>Date: August 25, 2025<br>Time: 9:00 a.m.<br>Location: First Street Courthouse, 350 W. 1st Street, Courtroom 7C, 7th Floor, Los Angeles, California 90012<br>Trial Date: None<br>Action Filed: July 9, 2025 |
| Defendants. | |

- 1 -

DECLARATION OF BENJAMIN WILLIAMSON IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE

# DECLARATION OF BENJAMIN WILLIAMSON IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE

I, Benjamin Williamson, declare as follows:

1. I am the Executive Director of Animal Outlook.

2. I have personal knowledge of all facts stated in this declaration. The facts set forth are true to the best of my knowledge and recollection. If called, I would testify to these facts in a court of law.

3. Animal Outlook is a nonprofit animal protection organization incorporated in Delaware. Animal Outlook was formerly known as Compassion Over Killing ("COK"), and was known by that name in 2018 when Proposition 12 was put on the ballot and voted on.

4. Animal Outlook has hundreds of thousands of supporters across the United States, including in California.

5. Animal Outlook's mission is to strategically challenge animal agribusiness through undercover investigations, legal advocacy, corporate and food system reform, and disseminating information about the many harms of animal agriculture, empowering everyone to choose vegan.

6. In furtherance of its mission, Animal Outlook advocates against government policies that encourage or allow cruelty to farmed animals; seeks government enforcement of laws protecting farmed animals; conducts public education on the realities of industrialized animal agriculture; and coordinates public campaigns to encourage the adoption of vegan diets.

7. Animal Outlook publicly endorsed AB 1437 and joined other animal protection groups to file amicus curiae briefing supporting the law in a lawsuit several states filed against California attempting to strike it down. *Missouri v. Harris*, No. 2:14-cv-00341 (E.D. Cal. filed February 3, 2014). In 2018, Animal Outlook joined a coalition of animal protection groups in publicly endorsing

Proposition 12.

8. In support of Proposition 12, Animal Outlook expended financial and human resources, mobilizing our California members and supporters to vote in support of the legislation through email alerts, blogs, and social media postings.

9. Following the passage of Proposition 12, Animal Outlook expended additional financial and human resources educating our supporters on the legislation's passage and expected benefits to California's farmed animals. Animal Outlook has also been a Defendant-Intervenor in several federal court challenges to Proposition 12, one of which was decided by the Supreme Court,[1] and has been an active participant in the state regulatory process for Proposition 12 regulations.

10. In addition to seeing a return on the time and resources it committed to Proposition 12's success, Animal Outlook maintains a significant interest in ensuring the law is enforced. If Proposition 12 is struck down, the resources Animal Outlook has expended and continues to expend will be wasted. Animal Outlook would also need to expend additional resources promoting substitute protections for farm animals.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

This declaration was executed on the 21st day of July, 2025, in Torrance, California.

Benjamin Williamson

---

[1] *North Am. Meat Inst. v. Becerra*, No. 2:19-cv-08569 (C.D. Cal. Oct. 4, 2019); *Iowa Pork Producers Ass'n v. Bonta*, No. 2:21-CV-09940 (C.D. Cal. Dec. 16, 2021); *Nat'l Pork Producers Council v. Ross*, Case No. 3:19-cv-02324 (S.D. Cal. Dec. 5, 2019) (lower court decision in favor of Defendants affirmed in *Nat'l Pork Producers Council v. Ross,* 598 U.S. 356 (2023)).

DECLARATION OF BENJAMIN WILLIAMSON IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE