BRUCE A. WAGMAN (CSB No. 159987)
bwagman@rshc-law.com
RILEY SAFER HOLMES & CANCILA LLP
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 275-8550
Facsimile: (415) 275-8551
*Attorney for Proposed Defendant-Intervenors Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., Animal Outlook*

REBECCA CARY (CSB NO. 268519)
rcary@humaneworld.org
HUMANE WORLD FOR ANIMALS
1255 23rd St., NW, Suite 450
Washington, D.C. 20037
Telephone: (202) 676-2330
Facsimile: (202) 676-2357
*Attorneys for Proposed Defendant-Intervenors Humane World for Animals*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cv-06230-MCS-AGR |
| Plaintiff, | **DECLARATION OF MATTHEW DOMINGUEZ IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE** |
| v. | |
| THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his Official Capacity as Governor of California; KAREN ROSS, in her Official Capacity as Secretary of the California Department of Food & Agriculture; ERICA PAN, in her Official Capacity as Director of the California Department of Public Health; and ROB BONTA, in his Official Capacity as Attorney General of California, | The Honorable Mark C. Scarsi<br><br>Date: August 25, 2025<br>Time: 9:00 a.m.<br>Location: First Street Courthouse, 350 W. 1st Street, Courtroom 7C, 7th Floor, Los Angeles, California 90012<br>Trial Date: None<br>Action Filed: July 9, 2025 |
| Defendants. | |

- 1 -

DECLARATION OF MATTHEW DOMINGUEZ IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE

# DECLARATION OF MATTHEW DOMINGUEZ IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE

I, Matthew Dominguez, declare as follows:

1. I am the US Director of Compassion in World Farming, Inc. ("Compassion"). I have personal knowledge of the facts set forth in this decaration. The facts set forth are true to the best of my knowledge and recollection. If called, I could and would testify to these facts in a court of law.

2. Compassion has been a Defendant-Intervenor in several similar cases challenging Proposition 12, including one that was eventually decided in the Supreme Court. *N. Am. Meat Inst. v. Becerra*, No. 2:19-cv-08569 (C.D. Cal. Oct. 4, 2019); *Iowa Pork Producers Ass'n v. Bonta*, No. 2:21-CV-09940 (C.D. Cal. Dec. 16, 2021); *Nat'l Pork Producers Council v. Ross*, No. 3:19-cv-02324 (S.D. Cal. Dec. 5, 2019) (lower court decision in favor of Defendants affirmed in *Nat'l Pork Producers Council v. Ross*, 598 U.S. 356 (2023)).[1]

3. Compassion is a nonprofit animal protection organization incorporated in Delaware, with over 250,000 members and supporters, including over 10,000 members and supporters in California.

4. Compassion's mission is to end factory farming and the most inhumane farming practices. This goal is to be accomplished through public outreach regarding up to date relevant legislative and industry issues, through corporate engagement which pressures companies to engage in higher welfare farming, and by lending support to any regulatory or legislative issues that are relevant to the mission.

5. In effort to get what ultimately became Proposition 12 on the ballot, Compassion sent three employees to California to engage in the collecting of

---

[1] In these previous cases, Compassion also used the names "Compassion in World Farming USA" and "Compassion USA." These monikers all refer to the same organization, which is formally incorporated as Compassion in World Farming, Inc.

- 2 -

signatures required for eligibility. Compassion also sent individuals to go door-to-door in California to create voter awareness about the proposed ballot initiative.

6. In the months leading up to the vote, Compassion published numerous action alerts to its supporters in California, urging them to vote in favor of Proposition 12. The staff of Compassion also held several interviews and speaking engagements surrounding its support of the ballot initiative that is the focus of this lawsuit, and has since participated as a Defendant-Intervenor in two federal cases challenging Proposition 12. Compassion also participated in the regulatory process for Proposition 12 by submitting comments.

7. If Proposition 12 is struck down, Compassion's efforts would be undermined and more of its resources would need to be expended elsewhere to promote other measures to protect farm animals.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, based on my own personal knowledge, and as to those matters, I believe them to be true.

Executed this 23rd day of July, 2025, in Brooklyn, NY.

*/s/ M. Dominguez*

_____
Matthew Dominguez

- 3 -

DECLARATION OF MATTHEW DOMINGUEZ IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE