| | |
|---|---|
| 1 | BRUCE A. WAGMAN (CSB No. 159987) |
| | bwagman@rshc-law.com |
| 2 | RILEY SAFER HOLMES & CANCILA LLP |
| | 456 Montgomery Street, 16th Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone:  (415) 275-8550 |
| 4 | Facsimile:   (415) 275-8551 |
| | *Attorney for Proposed Defendant-Intervenors* |
| 5 | *Humane World for Animals, Animal Legal* |
| | *Defense Fund, Animal Equality, The Humane* |
| 6 | *League, Farm Sanctuary, Compassion in World* |
| | *Farming, Inc., Animal Outlook* |
| 7 | |
| | REBECCA CARY (CSB NO. 268519) |
| 8 | rcary@humaneworld.org |
| | HUMANE WORLD FOR ANIMALS |
| 9 | 1255 23rd St., NW, Suite 450 |
| | Washington, D.C. 20037 |
| 10 | Telephone:  (202) 676-2330 |
| | Facsimile:   (202) 676-2357 |
| 11 | *Attorneys for Proposed Defendant-Intervenors* |
| | *Humane World for Animals* |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cv-06230-MCS-AGR |
| Plaintiff, | **DECLARATION OF HANNAH TRUXELL IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE** |
| v. | |
| THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his Official Capacity as Governor of California; KAREN ROSS, in her Official Capacity as Secretary of the California Department of Food & Agriculture; ERICA PAN, in her Official Capacity as Director of the California Department of Public Health; and ROB BONTA, in his Official Capacity as Attorney General of California, | The Honorable Mark C. Scarsi  Date: August 25, 2025  Time: 9:00 a.m.  Location: First Street Courthouse, 350 W. 1st Street, Courtroom 7C, 7th Floor, Los Angeles, California 90012  Trial Date: None  Action Filed: July 9, 2025 |
| Defendants. | |

- 1 -

DECLARATION OF HANNAH TRUXELL IN SUPPORT OF PROPOSED
DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE

# DECLARATION OF HANNAH TRUXELL IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE

I , Hannah Truxell, declare as follows:.

1. I am Senior Policy Counsel for The Humane League ("THL"). I have personal knowledge of the facts set forth in this declaration. The facts set forth are true to the best of my knowledge and recollection. If called, I could and would testify to these facts in a court of law.

2. THL is a nonprofit animal protection organization organized under the laws of the Commonwealth of Pennsylvania, with over 500,000 supporters across the United States, including over 60,000 supporters in California.

3. THL's mission is to end the abuse of animals raised for food by working with food companies to create and implement animal welfare policies to reduce animal suffering, by working to enact legislation to reduce animal suffering, and by educating the public about farm animal issues. As part of its mission, THL actively advocates against inhumane practices that harm farm animals, including those raised for meat, eggs, and milk.

4. Beginning in late 2017 and throughout 2018, THL committed substantial financial and human resources to coordinate gathering more than 60,000 registered voters' signatures throughout California in support of the Farm Animal Confinement Initiative that eventually became California Proposition 12. During and after the signature gathering phase, THL garnered endorsements in support of Proposition 12, spoke publicly regarding Proposition 12 to educate voters, and planned and coordinated Get Out the Vote efforts, including a massive text messaging campaign. THL has also been a Defendant-Intervenor in various federal court challenges to Proposition 12, one of which reached the Supreme Court,[1] and

---

[1] *N. Am. Meat Inst. v. Becerra*, No. 2:19-cv-08569 (C.D. Cal. Oct. 4, 2019); *Iowa Pork Producers Ass'n v. Bonta,* No. 2:21-CV-09940 (C.D. Cal. Dec. 16, 2021); *Nat'l Pork Producers Council v. Ross*, Case No. 3:19-cv-02324 (S.D. Cal. Dec. 5, 2019) (lower court decision in favor of Defendants affirmed in *Nat'l Pork Producers Council v. Ross,* 598 U.S. 356 (2023)).

1 has actively participated in the comment process for the upcoming state regulations.

5. By the end of the campaign, THL's reported financial contributions in support of Proposition 12's passage exceeded $200,000.

6. Should Proposition 12 be overturned, THL's efforts would be nullified and THL would have to expend additional resources in California and elsewhere to support alternative protective measures for farm animals.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, based on my own personal knowledge and understanding, and, as to those matters, I believe them to be true.

Executed this 22nd day of July in Louisville, Kentucky.

*/s/ Hannah Truxell*

_____
Hannah Truxell

- 3 -

DECLARATION OF HANNAH TRUXELL IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO INTERVENE