Brian M. Boynton (SBN 222193)
  brian.boynton@wilmerhale.com
Thomas G. Saunders (*pro hac vice pending*)
  thomas.saunders@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6137

Leah M. Fugere (SBN 354757)
  leah.fugere@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5300

Attorneys for Proposed Defendant-Intervenor
ASSOCIATION OF CALIFORNIA EGG FARMERS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his Official Capacity as Governor of California; KAREN ROSS, in her Official Capacity as Secretary of the California Department of Food & Agriculture; ERICA PAN, in her Official Capacity as Director of the California Department of Public Health; and ROB BONTA, in his Official Capacity as Attorney General of California,<br><br>    Defendants. | Case No. 2:25-cv-06230-MCS-AGR<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION TO INTERVENE OF PROPOSED DEFENDANT-INTERVENOR ASSOCIATION OF CALIFORNIA EGG FARMERS**<br><br>Hearing Date: September 8, 2025<br>Time: 9:00AM PT<br>Location: Courtroom 7C, 7th Floor |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 8th at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Mark C. Scarsi in Courtroom 7C of the United States District Court, Central District, Western Division of California, located at 350 W 1st Street, 7th Floor, Los Angeles, CA 90012-4565, Proposed Intervenor-Defendant Association of California Egg Farmers ("ACEF"), pursuant to Federal Rule of Civil Procedure 24, will and hereby does respectfully move the Court for an order granting ACEF's intervention as a defendant.

This motion is made following conferences of counsel pursuant to L.R. 7-3, which took place more than seven days before the filing of the motion. The State of California takes no position on the motion. The United States takes no position on the motion. The motion is therefore unopposed.

This motion is made on the basis that ACEF is entitled to intervention as of right under Federal Rule of Civil Procedure 24(a)(2) because its members are California egg farmers who have a direct and substantial interest in ensuring that the California food safety and animal welfare provisions challenged in this action are upheld. ACEF's motion is timely. ACEF has significant, legally protectable interests at stake in this action, and a decision in the United States's favor could significantly impair ACEF's interests. Finally, ACEF's unique, private interests are not adequately represented by California. Alternatively, the Court should grant

ACEF permissive intervention under Federal Rule of Civil Procedure 24(b). In accordance with Federal Rule of Civil Procedure 24(c), ACEF has lodged a [Proposed] Answer of Intervenor- Defendant concurrently with this motion.

This motion is made pursuant to this Notice of Motion and Motion to Intervene, the accompanying Memorandum of Points and Authorities, the concurrently filed Declaration of Debra Murdock, the Declaration of Thomas G. Saunders, the pleadings and records on file herein, and upon all other arguments and evidence that may be presented to this Court.

DATED: August 1, 2025             Respectfully submitted,

**WILMER CUTLER PICKERING
  HALE AND DORR LLP**

/s/ *Brian M. Boynton*
Brian M. Boynton (SBN 222193)
  brian.boynton@wilmerhale.com
Thomas G. Saunders (*pro hac vice pending*)
  thomas.saunders@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6137

Leah M. Fugere (SBN 354757)
  leah.fugere@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, 24th Floor
Los Angeles, CA 90071

Telephone: (213) 443-5300

*Attorneys for Proposed Defendant-Intervenor Association of California Egg Farmers*