ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
State Bar No. 189613
KRISTIN LISKA
Deputy Attorney General
State Bar No. 315994
KRISTEN KIDO
Deputy Attorney General
State Bar No. 335667
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 269-6528
 Fax: (916) 731-2124
 E-mail: Kristen.Kido@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his Official Capacity as Governor of California; KAREN ROSS, in her Official Capacity as Secretary of the California Department of Food & Agriculture; ERICA PAN, in her Official Capacity as Director of the California Department of Public Health; and ROB BONTA, in his Official Capacity as Attorney General of California,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:25-cv-06230-MCS-AGR<br><br>**Order Granting Joint Stipulation to Extend Time to Respond to Initial Complaint by No More than 30 days (L.R. 8-3) (ECF No. 42)**<br><br>Judge:　　The Honorable Mark C. Scarsi<br>Trial Date:　None Set<br>Action Filed: 7/09/2025 |

The Court having read and considered the joint stipulation filed on behalf of Plaintiff the United States of America and Defendants the State of California; Gavin C. Newsom, in his Official Capacity as Governor of California; Karen Ross, in her Official Capacity as Secretary of the California Department of Food & Agriculture; Erica Pan, in her Official Capacity as Director of the California Department of Public Health; and Rob Bonta, in his Official Capacity as Attorney General of California (collectively, "Defendants" and together with Plaintiff, the "Parties") and finding good cause thereon, hereby grants the stipulated extension of time for Defendants to respond to Plaintiff's complaint.

IT IS HEREBY ORDERED that Defendants' responsive pleading to Plaintiff's complaint is to be filed on or by September 10, 2025.

Dated: August 6, 2025

*Mark C. Scarsi*
_____
Honorable Mark C. Scarsi
United States District Judge