Brian M. Boynton (SBN 222193)
  brian.boynton@wilmerhale.com
Thomas G. Saunders (*pro hac vice pending*)
  thomas.saunders@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6137

Leah M. Fugere (SBN 354757)
  leah.fugere@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5300

Attorneys for Proposed Defendant-Intervenor
ASSOCIATION OF CALIFORNIA EGG FARMERS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     Plaintiff,<br><br>  v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his Official Capacity as Governor of California; KAREN ROSS, in her Official Capacity as Secretary of the California Department of Food & Agriculture; ERICA PAN, in her Official Capacity as Director of the California Department of Public Health; and ROB BONTA, in his Official Capacity as Attorney General of California,<br><br>     Defendants. | Case No. 2:25-cv-06230-MCS-AGR<br><br>**NOTICE OF AVAILABILITY**<br><br><br>Hearing Date: September 22, 2025<br>Time: 9:00AM PT<br>Location: Courtroom 7C, 7th Floor |

The Court's August 13, 2025 order set a September 22 hearing date for the unopposed motions to intervene filed by the proposed defendant-intervenors (ECF No. 24 and ECF No. 32), noting that the Court was unavailable on September 8, 2025, the hearing date that had been noticed for one of the motions. Counsel for the proposed defendant-intervenors stand ready to appear September 22, 2025. We note, however, that one of the unopposed motions to intervene had been noticed for August 25, 2025. If the Court were available August 25, 2025 and wished to set the hearing for that date, counsel for the proposed defendant-intervenors would be available. The proposed defendant-intervenors also would not object to the Court resolving the unopposed motions to intervene without a hearing, if the Court wished to do so. Proposed defendant-intervenors of course defer entirely to the Court on when and whether to hold a hearing on the motions to intervene and wish merely to indicate their flexibility to proceeding however the Court deems most appropriate.

Proposed defendant-intervenors have conferred with plaintiff United States of America and defendant State of California, neither of which objects to the foregoing.

1

1  DATED: August 18, 2025              Respectfully submitted,

2

3                                       **WILMER CUTLER PICKERING**
                                        **HALE AND DORR LLP**
4

5  By: */s/ Bruce A. Wagman*            */s/ Brian M. Boynton*
6  Bruce A. Wagman (CSB No. 159987)     Brian M. Boynton (SBN 222193)
   bwagman@rshc-law.com                  Brian.boynton@wilmerhale.com
7  RILEY SAFER HOLMES &                 Thomas G. Saunders (*pro hac vice*
      CANCILA LLP                       *pending*)
8                                        Thomas.saunders@wilmehale.com
   456 Montgomery Street, Floor 16      WILMER CUTLER PICKERING
9  San Francisco, California 94104        HALE AND DORR LLP
10 (415) 275-8540                       2100 Pennsylvania Avenue, NW
                                        Washington, DC 20037
11 *Counsel for Proposed Defendant-*    Telephone: (202)663-6137
   *Intervenor Humane World for Animals,*
12 *et al.*
                                        Leah M. Fugere (SBN 354757)
13                                       Leah.fugere@wilmerhale.com
14                                      WILMER CUTLER PICKERING
                                          HALE AND DORR LLP
15                                      350 S. Grand Avenue, 24th Floor
16                                      Los Angeles, CA 90071
                                        Telephone: (213) 443-5300
17

18                                      *Attorneys for Proposed Defendant-*
19                                      *Intervenor Association of California*
                                        *Egg Farmers*
20

21

22 Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned attests that all other
23 signatories listed, and on whose behalf the filing is submitted, concur in the filing's
   content and have authorized the filing.
24

25                                      */s/ Brian M. Boynton*
26                                      Brian M. Boynton

27

28
                                       2