Rob Bonta
Attorney General of California
Anya M. Binsacca
Supervising Deputy Attorney General
Kristin A. Liska
Kristen C.A. Kido
Deputy Attorney General
State Bar No. 315994
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3916
 Fax:  (415) 703-5480
 E-mail:  Kristin.Liska@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 2:25-cv-06230-MCS-AGR |
| Plaintiff, | **JOINT STIPULATION SETTING [PROPOSED] BRIEFING SCHEDULE** |
| **v.** | |
| **THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his Official Capacity as Governor of California; KAREN ROSS, in her Official Capacity as Secretary of the California Department of Food & Agriculture; ERICA PAN, in her Official Capacity as Director of the California Department of Public Health; and ROB BONTA, in his Official Capacity as Attorney General of California,** | Judge:      The Honorable Mark C. Scarsi<br>Trial Date:   Not scheduled<br>Action Filed: 7/09/2025 |
| Defendants. | |

Plaintiff United States of America; Defendants the State of California, Governor Gavin Newsom, Secretary Karen Ross, Director Erica Pan, and Attorney General Rob Bonta; Proposed Defendant-Intervenors Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World, Farming, Inc., and Animal Outlook ("Proposed Animal Welfare Defendant-Intervenors"); and Proposed Defendant-Intervenor Association of California Egg Farmers, by and through their respective counsel, hereby agree and stipulate as follows:

1. On July 9, 2025, Plaintiff United States of America filed this suit against Defendants challenging several California laws and regulations as preempted by federal law.

2. On July 28, 2025, Proposed Animal Welfare Defendant-Intervenors filed an unopposed motion to intervene in this matter. Their motion remains currently pending before the Court, with a hearing date of September 22, 2025.

3. On August 1, 2025, Proposed Defendant-Intervenor Association of California Egg Farmers filed an unopposed motion to intervene in this matter. Their motion remains currently pending before the Court, with a hearing date of September 22, 2025.

4. On August 7, 2025, this Court granted the motion to extend the time for Defendants to respond to the complaint until September 10, 2025.

5. On August 27, 2025, the parties and all Proposed Intervenor-Defendants conducted a meet and confer call as required by Local Rule 7-3. On the call, Defendants stated that they intended to file a motion to dismiss. Plaintiff represented it intended to cross-move for summary judgment in response to that motion. All Proposed Intervenor-Defendants also indicated they intend to file proposed dispositive motions at the same time that Defendants file their motion to dismiss.

6.     On September 2, 2025, Plaintiff filed a First Amended Complaint.  Under Federal Rule of Civil Procedure 15(a)(3), Defendants' response to the First Amendment Complaint is now due September 16, 2025.

7.     In order to facilitate the resolution of the forthcoming motions, the parties and all Proposed Intervenor-Defendants have discussed a proposed schedule for briefing and arguing the motions.  Specifically, the parties propose the Court adopt the following schedule for briefing and argument:

- Defendants' Motion to Dismiss and Proposed Intervenor-Defendants' proposed Motions for Judgment on the Pleadings or Motions for Summary Judgment due Tuesday, September 16, 2025
- Plaintiff's single Consolidated Opposition and Cross-Motion for Summary Judgement due Thursday, October 16, 2025
- Defendants' and Proposed Defendant-Intervenors' individual Combined Reply and Oppositions due Monday, November 17, 2025.
- Plaintiff's single Consolidated Reply due Monday, December 8, 2025
- Hearing set for Monday, January 5, 12, or 26, 2026

8.     This proposed schedule follows the briefing schedule set forth for a motion set for hearing more than 70 days after filing with a few short extensions of time to account for the parties' intention to file consolidated briefing on cross-motions that would provide a final resolution for this matter.

9.     In addition, the parties propose the following word limits for the briefs:

- Defendants' and Proposed Intervenors' Motions: 7,000 words each
- Plaintiff's single Consolidated Opposition and Cross-Motion: 10,500 words
- Defendants' and Proposed Intervenors' individual Combined Reply and Oppositions: 7,000 words each
- Plaintiff's single Consolidated Reply: 4,500 words

2

10.   These proposed word limits provide Defendants and Proposed Intervenors with 7,000 words for their motions and their combined reply and oppositions, consistent with Local Rule 11-6.  Since Plaintiff intends to file a single consolidated opposition and cross-motion and a single consolidated reply instead of three separate oppositions and three separate replies, the parties propose that Plaintiff receive 1.5 times the usual word limit under Local Rule 11-6, as listed above.  This expanded word limit will allow for Plaintiff to address the arguments raised by all three motions in a single brief and thereby facilitate the efficient resolution of the motions and this matter.

A proposed order is attached to this Joint Stipulation.

1    Dated:  September 9, 2025                    Respectfully submitted,

2

3    RILEY SAFER HOLMES & CANCILA          ROB BONTA
     LLP                                                      Attorney General of California
4                                                             ANYA M. BINSACCA
     /s/ Bruce A. Wagman                          Supervising Deputy Attorney General
5    Bruce A. Wagman                              KRISTEN C.A. KIDO
                                                              Deputy Attorney General
6    *Counsel for Proposed Defendant-
     Intervenors Humane World for Animals,*
7    *Animal Legal Defense Fund, Animal
     Equality, The Humane League, Farm
8    Sanctuary, Compassion in World*                 /s/ Kristin Liska
     *Farming, Inc., and Animal Outlook*
9                                                             KRISTIN A. LISKA
                                                              Deputy Attorney General
10                                                            *Attorneys for Defendants*

11

12   WILMER CUTLER PICKERING              BRETT A. SHUMATE
        HALE AND DORR LLP                    Assistant Attorney General
13                                                            YAAKOV M. ROTH
                                                              Principal Deputy Assistant Attorney
14   /s/ Brian M. Boynton                          General
     Brian M. Boynton                              ERIC HAMILTON
15   Thomas G. Saunders (pro hac vice         Deputy Assistant Attorney General
     pending)                                             ALEXANDER K. HAAS
16                                                            Director, Federal Programs Branch
                                                              JACQUELINE COLEMAN SNEAD
17   *Attorneys for Proposed Defendant-*      Assistant Director, Federal Programs
     *Intervenor Association of California Egg*  Branch
18   *Farmers*
                                                               /s/ John Bailey
19                                                            JOHN BAILEY
                                                              Counsel to the Assistant Attorney
20                                                            General
                                                              U.S. Department of Justice
21
                                                              BILAL A. ESSAYLI
22                                                            United States Attorney
                                                              DAVID M. HARRIS
23                                                            Assistant United States Attorney
                                                              Chief, Civil Division
24                                                            DANIEL A. BECK
                                                              Assistant United States Attorney
25                                                            Chief, Complex and Defensive
                                                              Litigation Section
26                                                            JOSEPH W. TURSI
                                                              Assistant United States Attorney
27                                                            *Attorneys for Plaintiff*

28

                                                    4

1

## <u>ATTESTATION OF SIGNATURES (L. R. 5-4.3.4(a)(2))</u>

2        I, Kristin A. Liska, the attorney whose ECF credentials are being used in

3   connection with this filing, hereby attest pursuant to Local Rule 5-4.3.4(a)(2), that

4   all signatories listed, and on whose behalf this filing is submitted, concur in the

5   filing's content and have authorized this filing.

6

7   Dated:  September 11, 2025                /s/ Kristin A. Liska

8                                             KRISTIN A. LISKA
                                              Deputy Attorney General
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Case Name:     ***United States of America v. The State of California, et al.***

Case No.:     **2:25-cv-06230-MCS-AGR**

I, Vanessa Jordan, hereby certify that on September 11, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **JOINT STIPULATION SETTING [PROPOSED] BRIEFING SCHEDULE**

- **[PROPOSED] ORDER SETTING BRIEFING SCHEDULE**

I certify that all participants in the case who are registered CM/ECF users will be served electronically by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

This declaration was executed on September 11, 2025, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|:---:|:---:|
| Declarant | Signature |