IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his Official Capacity as Governor of California; KAREN ROSS, in her Official Capacity as Secretary of the California Department of Food & Agriculture; ERICA PAN, in her Official Capacity as Director of the California Department of Public Health; and ROB BONTA, in his Official Capacity as Attorney General of California,**<br><br>Defendants. | Case No. 2:25-cv-06230-MCS-AGR<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE** |

Having received and reviewed the parties' Joint Stipulation, the Court hereby

ORDERS the following briefing schedule and word limits:

1. Defendants' Motion to Dismiss and Proposed Intervenor-Defendants'

proposed Motions for Judgment on the Pleadings or Motions for Summary

Judgment shall be due Tuesday, September 16, 2025, with a limit of 7,000 words each.

2. Plaintiff's single Consolidated Opposition and Cross-Motion for Summary Judgement shall be due Thursday, October 16, 2025, with a limit of 10,500 words.

3. Defendants' and Proposed Defendant-Intervenors' individual Combined Reply and Oppositions shall be due Monday, November 17, 2025, with a limit of 7,000 word each.

4. Plaintiff's single Consolidated Reply shall be due Monday, December 8, 2025, with a limit of 4,500 words.

5. The motions shall be set for hearing on Monday, January __, 2025 at 9:00 am.

IT IS SO ORDERED.

Dated: _____          _____

The Honorable Mark C. Scarsi