UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cv-06230-MCS-AGR | Date September 12, 2025 |
| Title *United States v. California* | |

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: STIPULATION TO SET BRIEFING SCHEDULE (ECF NO. 48)

Plaintiff United States of America; Defendants State of California, Gavin C. Newsom, Karen Ross, Erica Pan, and Rob Bonta; and Proposed Defendant-Intervenors Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., and Animal Outlook filed a stipulation proposing a schedule for anticipated motion practice. (Stip., ECF No. 48.) Having reviewed the stipulation, the Court suspends Defendants' deadline to respond to the first amended complaint. The Court intends to discuss the proposed schedule with the parties and proposed intervenors at the September 22 hearing on the motions to intervene, and to reset Defendants' response deadline thereafter.

**IT IS SO ORDERED.**