# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff(s), <br><br> v. <br><br> THE STATE OF CALIFORNIA, et al. <br> Defendant(s). | CASE NUMBER: <br><br> 2:25−cv−06230−MCS−AGR <br><br><br> **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 9/18/2025 | 50 | Motion to Intervene by The Center for a Humane Economy, Animal Wellness Action |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

A notice of interested parties shall be filed no later than 5 days from entry of this Order.

DATED: September 19, 2025

/s/ *Mark C. Scarsi*
United States District Judge