UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-06230-MCS-AGR | Date | September 23, 2025 |
| Title | United States v. California | | |

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

None Present  None Present

**Proceedings:** **(IN CHAMBERS) ORDER GRANTING MOTIONS TO INTERVENE (ECF NOS. 24, 32, 50) AND SETTING BRIEFING SCHEDULE**

Three sets of proposed Defendant-Intervenors filed motions to intervene in this action: (1) Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., and Animal Outlook, (Humane World et al. Mot., ECF No. 24); (2) Association of California Egg Farmers, (ACEF Mot., ECF No. 32); and (3) The Center for a Humane Economy and Animal Wellness Action, (Center for a Humane Economy et al. Mot., ECF No. 50). Plaintiff United States of America and Defendants State of California, Gavin C. Newsom, Karen Ross, Erica Pan, and Rob Bonta do not oppose the motions. The Court heard the motions on September 22, 2025.

For the reasons presented in the briefs, (*e.g.*, Humane World et al. Mem. 10–20, ECF No. 24-3), and given Plaintiff and Defendants' non-opposition to the motions, *see* C.D. Cal. R. 7-12, the Court grants the motions. Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., Animal Outlook, Association of California Egg Farmers, The Center for a Humane Economy, and Animal Wellness Action may participate in this action as Defendant-Intervenors.

Having reviewed the parties' stipulation regarding anticipated motion practice, (Stip., ECF No. 48), and having discussed scheduling with the parties at the September 22 hearing, the Court sets the following schedule:

| Event | Deadline |
|---|---|
| Defendants and Defendant-Intervenors' deadline to file anticipated Rule 12 or 56 motions (7,000-word limit each), or to answer the first amended complaint | October 6, 2025 |
| Plaintiff's deadline to file an omnibus, consolidated opposition to Defendants and Defendant-Intervenors' motions and anticipated cross–motion for summary judgment (10,500-word limit) | November 3, 2025 |
| Defendants and Defendant-Intervenors' deadline to file consolidated briefs replying in support of their motions and opposing Plaintiff's motion (7,000-word limit each) | December 1, 2025 |
| Plaintiff's deadline to file an omnibus reply in support of its motion (4,500-word limit) | December 22, 2025 |
| Hearing | January 12, 2026, at 9:00 a.m. |

**IT IS SO ORDERED.**