Jessica L. Blome
Cal. Bar No. 314898
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his Official Capacity as Governor of California; KAREN ROSS, in her Official Capacity as Secretary of the California Department of Food & Agriculture; ERICA PAN, in her Official Capacity as Director of the California Department of Public Health; and ROB BONTA, in his Official Capacity as Attorney General of California,<br><br>Defendants. | Case No.: 2:25-cv-06230-MCS-AGR<br><br>**NOTICE OF MOTION AND THE CENTER FOR A HUMANE ECONOMY AND ANIMAL WELLNESS ACTION'S MOTION TO DISMISS**<br><br>Date:     January 12, 2026<br>Time:     9:00 a.m.<br>Location: Courtroom 7C, 7th Fl.<br>Judge:    Hon. Mark C. Scarsi |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that on January 12, 2026, at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Mark C. Scarsi in

1

NOTICE OF MOTION AND MOTION TO DISMISS

1  Courtroom 7C of the United States District Court, Central District, Western
2  Division of California, located at 350 W 1st Street, 7th Floor, Los Angeles,
3  California, Intervenor-Defendants the Center for a Humane Economy and Animal
4  Wellness Action (collectively "Intervenors") will move the Court for an order
5  granting their motion to dismiss under Federal Rule of Civil Procedure 12 for
6  failure to state a claim.

   This motion is made on this Notice of Motion and Motion to Dismiss, the accompanying Memorandum of Points and Authorities, the pleadings and records on file herein, and upon all other arguments and evidence that may be presented to this Court.

Dated: October 6, 2025                Respectfully submitted,

                                      /s/ Jessica L. Blome
                                      Jessica L. Blome
                                      Cal. Bar No. 314898
                                      GREENFIRE LAW, PC
                                      2748 Adeline Street, Suite A
                                      Berkeley, CA 94703
                                      (510) 900-9502
                                      jblome@greenfirelaw.com

                                      *Attorneys for Intervenors The Center for a Humane Economy and Animal Wellness Action*

NOTICE OF MOTION AND MOTION TO DISMISS