BRETT A. SHUMATE
Assistant Attorney General
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
ERIC HAMILTON
Deputy Assistant Attorney General
ALEXANDER K. HAAS (Cal. Bar No. 220932)
Director, Federal Programs Branch
JACQUELINE COLEMAN SNEAD
Assistant Director, Federal Programs Branch
JOHN BAILEY
Counsel
Civil Division
U.S. Department of Justice
 950 Constitution Ave. NW
 Washington, D.C. 20005
 Telephone: (202) 514-6993
 Facsimile: (202) 514-8071
 E-mail: John.Bailey@usdoj.gov

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JOSEPH W. TURSI (Cal. Bar No. 300063)
Assistant United States Attorney
 Federal Building, Suite 7516
 300 North Los Angeles Street
 Los Angeles, California 90012
 Telephone: (213) 894-3989
 E-mail: Joseph.Tursi@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his Official Capacity as Governor of California; et al., <br><br> Defendants. <br><br> ASSOCIATION OF CALIFORNIA EGG FARMERS; HUMANE WORLD FOR ANIMALS; et al., <br><br> Defendant-Intervenors. | No. 2:25-cv-06230-MCS-AGR <br><br> **PLAINTIFF'S *EX PARTE* APPLICATION FOR STAY OF PROCEEDINGS DUE TO LAPSE IN FUNDING** <br><br> (Filed concurrently with [Proposed] Order) |

**MEMORANDUM IN SUPPORT OF APPLICATION FOR STAY**

1. On September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. In addition, many of the Department's client-agency employees are prohibited by law from working during a lapse of appropriations making it difficult, if not impossible, for Department attorneys to obtain necessary client input, discovery, and consent to civil litigation support and strategy.

3. With respect to this action, Plaintiff filed an Amended Complaint on September 2, 2025. Dkt. 47. Defendants and Defendant-Intervenors filed dispositive motions on October 6, 2025. *See* Dkt. Nos. 58, 59, 60, 61. Plaintiff's combined opposition and cross-motion for dispositive relief is due November 3, 2025. *See* Dkt. 56.

4. Undersigned counsel for the Department of Justice therefore requests a stay of all proceedings and deadlines until Congress has restored appropriations to the Department.

5. On October 13, undersigned counsel met and conferred with opposing counsel regarding this request. The State Defendants have indicated that they take no

1

position on this application, and the Defendant-Intervenors have indicated that they do not oppose this request.

6.   If this application for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government respectfully requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations since October 6, 2025— *i.e.*, each deadline would be extended by the total number of days that appropriations have lapsed since October 6.

7.   Therefore, although undersigned counsel greatly regrets any disruption caused to the Court and the other litigants, the United States hereby requests a stay of all proceedings and deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigations functions.

2

Dated: October 15, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

ERIC HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JACQUELINE COLEMAN SNEAD
Assistant Director, Federal Programs Branch

    /s/ *John Bailey*
JOHN BAILEY
Counsel
U.S. Department of Justice
Civil Division

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

    /s/ *Joseph W. Tursi*
JOSEPH W. TURSI
Assistant United States Attorney

Attorneys for Plaintiff
United States of America