**NOTE CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cv-06230-MCS-AGR |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR A STAY OF THE ENTIRE ACTION DUE TO THE LAPSE OF APPROPRIATIONS [63]** |
| v. | |
| THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his Official Capacity as Governor of California; et al., | |
| Defendants. | |
| ASSOCIATION OF CALIFORNIA EGG FARMERS; HUMANE WORLD FOR ANIMALS; et al., | Honorable Mark C. Scarsi United States District Judge |
| Defendant-Intervenors. | |

The Court, having reviewed the *ex parte* application filed by Plaintiff United States of America, and for GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that:

1. This action is STAYED in its entirety during the current lapse of appropriations affecting the U.S. Department of Justice.

2. **The Court tentatively approves Plaintiff's proposal that** all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations since October 6, 2025—*i.e.*, each deadline would be extended by the total number of days that appropriations have lapsed since October 6.

3. Within fourteen (14) days after appropriations are restored, **the parties jointly shall file a** ~~Plaintiff shall file a Notice of Restoration of Appropriations and~~ status report with suggested deadlines. **The Court will reset deadlines thereafter.**

4. **If appropriations are not restored by December 1, 2025, Plaintiff shall file a brief showing cause why the case should not be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for lack of prosecution.**

IT IS SO ORDERED.

Dated:_____10/16/2025_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE