BRETT A. SHUMATE
Assistant Attorney General
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
ERIC HAMILTON
Deputy Assistant Attorney General
ALEXANDER K. HAAS (Cal. Bar No. 220932)
Director, Federal Programs Branch
JACQUELINE COLEMAN SNEAD
Assistant Director, Federal Programs Branch
JOHN BAILEY
Counsel
Civil Division
U.S. Department of Justice
 950 Constitution Ave. NW
 Washington, D.C. 20005
 Telephone: (202) 514-6993
 Facsimile: (202) 514-8071
 E-mail: John.Bailey@usdoj.gov

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JOSEPH W. TURSI (Cal. Bar No. 300063)
Assistant United States Attorney
 Federal Building, Suite 7516
 300 North Los Angeles Street
 Los Angeles, California 90012
 Telephone: (213) 894-3989
 E-mail: Joseph.Tursi@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his Official Capacity as Governor of California; et al.,<br><br>Defendants.<br><br>ASSOCIATION OF CALIFORNIA EGG FARMERS; HUMANE WORLD FOR ANIMALS; et al.,<br><br>Defendant-Intervenors. | No. 2:25-cv-06230-MCS-AGR<br><br>**JOINT STIPULATION SETTING [PROPOSED] BRIEFING SCHEDULE** |

Plaintiff United States of America; Defendants the State of California, and in their official capacities, Governor Gavin Newsom, Secretary Karen Ross, Director Erica Pan, and Attorney General Rob Bonta; Defendant-Intervenors Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World, Farming, Inc., and Animal Outlook ("Animal Welfare Defendant-Intervenors"), Defendant-Intervenor Association of California Egg Farmers; and Defendant-Intervenors The Center for a Humane Economy and Animal Wellness Action (collectively, the "Defendant-Intervenors"), by and through their respective counsel, hereby agree and stipulate as follows:

1. On July 9, 2025, Plaintiff United States of America filed this suit against Defendants challenging several California laws and regulations as preempted by federal law.

2. On September 23, 2025, the Court granted motions to intervene by the Defendant-Intervenors and set a briefing schedule on the parties' expected motions for dispositive relief.

3. On October 6, 2025, Defendant and Defendant-Intervenors filed their motions consistent with this Court's schedule.

4. On October 16, 2025, the Court granted Plaintiff's Motion to Stay all proceedings and deadlines in light of the lapse in federal appropriations, and ordered the parties to propose new suggested deadlines within 14 days of appropriations being restored.

5. On November 12, 2025, the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026 was signed by the President. That law restored appropriations to the U.S. Department of Justice, effective November 13, 2025.

6. The parties have met and conferred, and propose the following, agreed-on schedule for the remaining briefing on the parties' cross-motions:

- Plaintiff's omnibus, consolidated opposition to Defendants and Defendant-Intervenors' motions, and cross-motion for summary judgment shall now be due December 9, 2025.

- Defendant and Defendant-Intervenors' briefs replying in support of their motions and opposing Plaintiff's cross-motion shall now be due January 13, 2026.

- Plaintiff's omnibus reply in support of its cross-motion shall now be due February 3, 2026.

- A hearing shall be set for February 9, 23 or at such a time thereafter as set by this Court, excepting that the parties are not available for a hearing on March 2 or March 9, 2026.

A proposed order is attached to this Joint Stipulation.

2

| | | |
|---|---|---|
| 1 | Dated: November 19, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | BRETT A. SHUMATE<br>Assistant Attorney General |
| 4 | | |
| 5 | | YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General |
| 6 | | ERIC HAMILTON<br>Deputy Assistant Attorney General |
| 7 | | |
| 8 | | ALEXANDER K. HAAS<br>Director, Federal Programs Branch |
| 9 | | JACQUELINE COLEMAN SNEAD<br>Assistant Director, Federal Programs Branch |
| 10 | | |
| 11 | | ___/s/ *John Bailey*_____<br>JOHN BAILEY<br>Counsel |
| 12 | | U.S. Department of Justice<br>Civil Division |
| 13 | | |
| 14 | | BILAL A. ESSAYLI<br>Acting United States Attorney |
| 15 | | DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division |
| 16 | | DANIEL A. BECK |
| 17 | | Assistant United States Attorney<br>Chief, Complex and Defensive Litigation Section |
| 18 | | |
| 19 | | ___/s/ *Joseph W. Tursi*_____<br>JOSEPH W. TURSI<br>Assistant United States Attorney |
| 20 | | |
| 21 | | Attorneys for Plaintiff<br>United States of America |
| 22 | | |
| 23 | ROB BONTA | |
| 24 | Attorney General of California<br>ANYA M. BINSACCA | |
| 25 | Supervising Deputy Attorney General | |
| 26 | KRISTIN A. LISKA | |
| 27 | Deputy Attorney General | |
| 28 | | |

/s/ Kristen C.A. Kido
KRISTEN C.A. KIDO
Deputy Attorney General
*Attorneys for Defendants*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

/s/ Brian M. Boynton
Brian M. Boynton (SBN 222193)
 brian.boynton@wilmerhale.com
Thomas G. Saunders (*pro hac vice pending*)
 thomas.saunders@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6137

Leah M. Fugere (SBN 354757)
 leah.fugere@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
350 S. Grand Avenue, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5300

*Attorneys for Defendant-Intervenor Association of California Egg Farmers*

/s/ Jessica L. Blome
Jessica L. Blome
Cal. Bar No. 314898
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

*Attorney for Intervenors The Center for a Humane Economy and Animal Wellness Action*

4

RILEY SAFER HOLMES & CANCILA LLP

*/s/ Bruce A. Wagman*
Bruce A. Wagman (CSB No. 159987)
BWagman@rshc-law.com
RILEY SAFER HOLMES & CANCILA LLP

*Counsel for Proposed Defendant-Intervenors Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., and Animal Outlook*