| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br>YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General<br>ERIC HAMILTON<br>Deputy Assistant Attorney General<br>ALEXANDER K. HAAS (Cal. Bar No. 220932)<br>Director, Federal Programs Branch<br>JACQUELINE COLEMAN SNEAD<br>Assistant Director, Federal Programs Branch<br>JOHN BAILEY<br>Counsel<br>Civil Division<br>U.S. Department of Justice<br>  950 Constitution Ave. NW<br>  Washington, D.C. 20005<br>  Telephone: (202) 514-6993<br>  Facsimile: (202) 514-8071<br>  E-mail: John.Bailey@usdoj.gov | BILAL A. ESSAYLI<br>Acting United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>DANIEL A. BECK<br>Assistant United States Attorney<br>Chief, Complex and Defensive Litigation Section<br>JOSEPH W. TURSI (Cal. Bar No. 300063)<br>Assistant United States Attorney<br>  Federal Building, Suite 7516<br>  300 North Los Angeles Street<br>  Los Angeles, California 90012<br>  Telephone: (213) 894-3989<br>  E-mail: Joseph.Tursi@usdoj.gov<br><br>Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his Official Capacity as Governor of California; et al.,<br><br>    Defendants.<br><br>ASSOCIATION OF CALIFORNIA EGG FARMERS; HUMANE WORLD FOR ANIMALS; et al.,<br><br>    Defendant-Intervenors. | No. 2:25-cv-06230-MCS-AGR<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE**<br><br>Judge:    The Honorable Mark C. Scarsi<br>Action Filed:    7/09/2025 |

     Having received and reviewed the parties' Joint Stipulation, the Court hereby ORDERS the following briefing schedule:

     1.    Plaintiff's omnibus, consolidated opposition to Defendants and Defendant-Intervenors' motions and cross-motion for summary judgment shall now be due by December 9, 2025.

     2.    Defendant and Defendant-Intervenors' consolidated briefs replying in support of their motions and opposing Plaintiff's motion shall now be due by January 13, 2026.

     3.    Plaintiff's omnibus reply in support of its motion now due February 3, 2026.

     4.    The motions shall be set for hearing on _____ 2026.

     IT IS SO ORDERED.

Dated: _____                        _____

                                                                          The Honorable Mark C. Scarsi