UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his Official Capacity as Governor of California; et al.,<br><br>　　　　Defendants.<br><br>ASSOCIATION OF CALIFORNIA EGG FARMERS; HUMANE WORLD FOR ANIMALS; et al.,<br><br>　　　　Defendant-Intervenors. | No. 2:25-cv-06230-MCS-AGR<br><br>**ORDER ON STIPULATION SETTING BRIEFING SCHEDULE (ECF No. 65)**<br><br>Judge:　　The Honorable Mark C. Scarsi<br>Action Filed:　7/09/2025 |

Having received and reviewed the parties' Joint Stipulation, the Court hereby ORDERS the following briefing schedule:

1. Plaintiff's omnibus, consolidated opposition to Defendants and Defendant-Intervenors' motions and cross-motion for summary judgment shall now be due by December 9, 2025.

2. Defendant and Defendant-Intervenors' consolidated briefs replying in support of their motions and opposing Plaintiff's motion shall now be due by January 13, 2026.

3. Plaintiff's omnibus reply in support of its motion now due February 3, 2026.

4. The motions shall be set for hearing on February 23, 2026, at 9:00 a.m.

IT IS SO ORDERED.

Dated: November 20, 2025

_____
Mark C. Scarsi
United States District Judge

1