ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
KRISTIN LISKA (SBN 315994)
KRISTEN C.A. KIDO (SBN 335667)
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6528
 Fax:  (916) 731-2124
 E-mail:  Kristen.Kido@doj.ca.gov
*Attorneys for Defendants*

*Counsel for Defendant-Intervenors on Subsequent Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his Official Capacity as Governor of California; KAREN ROSS, in her Official Capacity as Secretary of the California Department of Food & Agriculture; ERICA PAN, in her Official Capacity as Director of the California Department of Public Health; and ROB BONTA, in his Official Capacity as Attorney General of California,**<br><br>Defendants. | 2:25-cv-06230-MCS-AGR<br><br>**NOTICE OF ERRATA RE: DEFENDANTS' AND DEFENDANT-INTERVENORS' CONSOLIDATED NOTICE OF MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date:         July 6, 2026<br>Time:        9:00 a.m.<br>Courtroom:  7C<br>Judge:       The Honorable Mark C. Scarsi<br>Trial Date:  None Set<br>Action Filed:  7/09/2025 |
| **HUMANE WORLD FOR ANIMALS, et. al.,**<br><br>Defendant-Intervenors. | |
| **ASSOCIATION OF CALIFORNIA EGG FARMERS,**<br><br>Defendant-Intervenors. | |
| **ANIMAL WELLNESS ACTION, et al.**<br><br>Defendant-Intervenors. | |

i

BRIAN M. BOYNTON (SBN 222193)
brian.boynton@wilmerhale.com
THOMAS G. SAUNDERS (*pro hac vice* pending)
thomas.saunders@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
  2100 Pennsylvania Avenue, NW
  Washington, DC 20037
  Telephone:  (202) 663-6137

LEAH M. FUGERE (SBN 354757)
leah.fugere@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
  350 S. Grand Avenue, 24th Floor
  Los Angeles, CA 90071
  Telephone:  (213) 443-5300
*Attorneys for Defendant-Intervenor*
*Association of California Egg Farmers*

JESSICA L. BLOME (SBN 314898)
GREENFIRE LAW, PC
  2748 Adeline Street, Suite A
  Berkeley, CA 94703
  Telephone:  (510) 900-9502
  E-Mail:  jblome@greenfirelaw.com
*Attorney for Defendant-Intervenors The*
*Center for a Humane Economy and Animal*
*Wellness Action*

BRUCE A. WAGMAN (SBN 159987)
BWagman@rshc-law.com
RILEY SAFER HOLMES &
CANCILA LLP
  456 Montgomery Street, 16th Floor
  San Francisco, CA 94104
  Telephone:  (415) 275-8540
  Fax:  (415) 275-8551
*Attorneys for Defendant-Intervenors*
*Humane World for Animals, Animal Legal*
*Defense Fund, Animal Equality, The*
*Humane League, Farm Sanctuary,*
*Compassion in World Farming, Inc., and*
*Animal Outlook*

REBECCA CARY (SBN 268519)
rcary@humaneworld.org
MELISSA ALPERT
malper@humaneworld.org
HUMANE WORLD FOR ANIMALS
  1255 23rd St., NW, Suite 450
  Washington, D.C. 20037
  Telephone:  (202) 676-2330
  Fax:  (202) 676-2357
*Attorneys for Defendant-Intervenor*
*Humane World for Animals*

Notice of Errata Re: Notice of Motion and
Motion to Dismiss Second Amended Complaint

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE: On May 8, 2026, Defendants the State of California, Gavin C. Newsom, in his official capacity as Governor of California, Karen Ross, in her official capacity as Secretary of the California Department of Food & Agriculture, Erica Pan, in her official capacity as Director of the California Department of Public Health, and Rob Bonta, in his official capacity as Attorney General of California; Defendant-Intervenors Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., and Animal Outlook; Defendant-Intervenor Association of California Egg Farmers (ACEF); and Defendant-Intervenors The Center for a Humane Economy and Animal Wellness Action filed a Notice of Motion and Motion to Dismiss Plaintiff the United States' Second Amended Complaint (ECF No. 87).  On May 11, 2026, Defendants noticed a few inadvertent errors and wish to submit the following corrections:

1.　　On page 21, filer's signature should be preceded by /s/, rather than /c/;

2.　　On page 22, Counsel for Defendant-Intervenor ACEF's signature should read as follows: */s/ Brian M. Boynton*.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Notice of Errata Re: Notice of Motion and
Motion to Dismiss Second Amended Complaint

Filed concurrently with this Notice of Errata is a corrected version of Defendants' and Defendant-Intervenors' Notice of Motion and Motion to Dismiss Second Amended Complaint.


Dated:  May 11, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
Kristin Liska
Deputy Attorney General

*/s/ Kristen C.A. Kido*

KRISTEN C.A. KIDO
Deputy Attorney General
*Attorneys for Defendants*

Notice of Errata Re: Notice of Motion and
Motion to Dismiss Second Amended Complaint

# CERTIFICATE OF SERVICE

Case Name:    **United States of America v. The**        No.    **2:25-cv-06230-MCS-AGR**
              **State of California, et al.**

I hereby certify that on <u>May 11, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF ERRATA RE: DEFENDANTS' AND DEFENDANT-INTERVENORS' CONSOLIDATED NOTICE OF MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 11, 2026</u>, at Los Angeles, California.


|                    |                     |
|--------------------|---------------------|
| Janice Park        | */s/ Janice Park*   |
| Declarant          | Signature           |

SA2025304045
68447417