UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 19 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Respondent,

v.

STATE OF CALIFORNIA; et al.,

Defendants - Petitioners,

HUMANE WORLD FOR ANIMALS; et al.,

Intervenor-Defendants.

No. 26-6738

D.C. No.
2:25-cv-06230-MCS-CTS
Central District of California,
Los Angeles

ORDER

UNITED STATES OF AMERICA,

Plaintiff - Respondent,

v.

STATE OF CALIFORNIA; et al.,

Defendants,

HUMANE WORLD FOR ANIMALS; et al.,

Intervenor-Defendants - Petitioners,

ANIMAL WELLNESS ACTION; et al.,

Intervenor-Defendants.

No. 26-6740

D.C. No.
2:25-cv-06230-MCS-CTS
Central District of California,
Los Angeles

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Respondent,<br><br>v.<br><br>STATE OF CALIFORNIA; et al.,<br><br>Defendants,<br><br>HUMANE WORLD FOR ANIMALS; et al.,<br><br>Intervenor-Defendants,<br><br>ASSOCIATION OF CALIFORNIA EGG FARMERS,<br><br>Intervenor-Defendant - Petitioner. | No. 26-6754<br><br>D.C. No.<br>2:25-cv-06230-MCS-CTS<br>Central District of California,<br>Los Angeles |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Respondent,<br><br>v.<br><br>STATE OF CALIFORNIA; et al.,<br><br>Defendants,<br><br>HUMANE WORLD FOR ANIMALS; et al.,<br><br>Intervenor-Defendants, | No. 26-6760<br><br>D.C. No.<br>2:25-cv-06230-MCS-CTS<br>Central District of California,<br>Los Angeles |

| |
|---|
| ANIMAL WELLNESS ACTION and<br>CENTER FOR A HUMANE ECONOMY,<br><br>Intervenor-Defendants -<br>Petitioners. |

Before: TALLMAN and TUNG, Circuit Judges.

The petitions for permission to appeal are granted. *See* 28 U.S.C. § 1292(b). Within 14 days, petitioners must comply with Federal Rule of Appellate Procedure 5(d)(1).

The clerk will open four consolidated appeals.

The government's request to expedite, set forth in its response to the petitions, is granted. The briefing schedule will be set in a separate order.