Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

FILED

NOV 19 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 26-7684 |
| Originating Case Number: | 2:25-cv-06230-MCS-CTS |
| Short Title: | United States of America v. State of California, et al. |

Dear Appellant/Counsel

The United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and assigned the docket number above to your case.

Please include this docket number on every filing you submit and in any communication you have with the court about this case. If you are ordering any transcript from the lower court, please give the docket number to the court reporter right away.

Motions filed with the notice of appeal are not transferred to this court. You need to separately file on this court's docket any motion that seeks relief from this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case with an organizational victim; or (4) involves review of state court proceedings. *See* Ninth Circuit Rule 26-1.1.

**The $605 docketing fee is due now.** You have **21** days to either pay the fee or request a waiver if you cannot afford to pay. The fee is payable to the district court or the tax court. If your appeal is from the Bankruptcy Appellate Panel, the fee is payable to this court. To ask this court to waive your filing fee, you need to complete a form called "Motion and Affidavit to Proceed in Forma Pauperis," which is available on the court's

website. If you do not pay the fee or request a waiver within 21 days, your case may be dismissed.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 26-7684 |
| Originating Case Number: | 2:25-cv-06230-MCS-CTS |
| Case Title: | United States of America v. State of California, et al. |

**11/24/2026**

| | |
|---|---|
| Erica Pan | Mediation Questionnaire due |
| State of California | Mediation Questionnaire due |
| Rob Bonta | Mediation Questionnaire due |
| Gavin Newsom | Mediation Questionnaire due |
| Karen Ross | Mediation Questionnaire due |

**12/3/2026**

| | |
|---|---|
| Rob Bonta | Corporate Disclosure Statement due |
| Karen Ross | Corporate Disclosure Statement due |
| Gavin Newsom | Corporate Disclosure Statement due |
| Erica Pan | Corporate Disclosure Statement due |
| State of California | Corporate Disclosure Statement due |
| United States of America | Corporate Disclosure Statement due |

The briefing schedule will be set by further court order.